IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY LYNN CONLEY, SR.**                                                                                         **PLAINTIFF**

v.                               **Case No. 4:18-cv-00710-KGB-BD**

**Z. LEMONS and DOC HOLLADAY**                                                    **DEFENDANTS**

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 8). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Gary Lynn Conley, Sr.'s complaint based on his failure to comply with the Court's November 2, 2018, Order and his failure to prosecute this lawsuit (Dkt. No. 2).

It is so ordered this 4th day of February, 2019.

                                                                                         Kristine G. Baker
                                                                                        United States District Judge