IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY LYNN CONLEY, SR.**                                                     **PLAINTIFF**

**v.**             **Case No. 4:18-cv-00710-KGB-BD**

**Z. LEMONS and DOC HOLLADAY**                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Gary Lynn Conley, Sr.'s complaint is dismissed without prejudice.

So adjudged this 4th day of February, 2019.

                                                    _____
                                                  Kristine G. Baker
                                                  United States District Judge